UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**MORRIS, MARY B** ) Bankruptcy Case No. 16-80768 TML
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 29, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

MORRIS, MARY B
17678 SCOTT RD.
HINCKLEY, IL 60520

BRADLEY S COVEY
SPRINGER, BROWN,COVEY, GAERTNE
232 S BATAVIA AVE
BATAVIA, IL 60510
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Capital One Auto Finance
P.O. Box 201347
Arlington, TX 76006

Comenity Capital Bank/Paypal Credit
c/o Weinstein & Riley, PS
P.O. Box 3978
Seattle, WA 98121-3978

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com